**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>No. 18-10509 (SHL)<br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FIRESTAR INTERNATIONAL PVT. LTD., FIRESTAR DIAMOND INTERNATIONAL PVT. LTD., and CORPORATION BANK,<br><br>Defendants. | Adv. Proc. No. 19-1002 (SHL) |

**DEFAULT JUDGMENT IN ADVERSARY PROCEEDING**

This matter coming before the Court on the motion (the "**Motion**") [Adv. Dk.t 30] of Plaintiff Richard Levin, not individually but solely in his capacity as chapter 11 trustee (the "**Trustee**") of Firestar Diamond, Inc., *et al.*, for entry of a default judgment against defendants Firestar International Pvt. Ltd., Firestar Diamond International Pvt. Ltd., and Corporation Bank (collectively, the "**Defendants**"), and the Court having granted the relief requested in the Motion in open court on February 10, 2020;

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Judgment is ENTERED in favor of the Trustee and against the Defendants.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

2. Any and all security interests in the Consignment Inventory asserted by the Defendants are avoided pursuant to section 544(a)(1) of the Bankruptcy Code.

3. Any and all security interests avoided under this Order are preserved for the benefit of the Firestar estate.

**IT IS SO ORDERED.**

Dated: New York New York
February 18, 2020

*/s/ Sean H. Lane*
HON. SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE